FILED by ___ D.C.

ELECTRONIC

**FEB 06,2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## 09-20120-CR-MIDDLEBROOKS/GARBER

### CASE NO. _____

18 U.S.C. § 2422(b)
18 U.S.C. § 2423(b)
18 U.S.C. § 2453(a)

**UNITED STATES OF AMERICA**

**vs.**

**ANGELIQUE MARIE ABBOTT,**

     **Defendant.**

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about December 2006, through on or about February 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### ANGELIQUE MARIE ABBOTT,

using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice, and attempt to do so, any individual who had not attained the age of 18 years, that is, N.R., to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On or about February 23, 2007, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### ANGELIQUE MARIE ABBOTT,

did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct with

any person, that is, a sexual act as defined in Title 18, United States Code, Section 2246, with N.R., in violation of Title 18, United States Code, Section 2423(b).

## CRIMINAL FORFEITURE

1.      The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated as though fully set forth herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253(a).

2.      Upon the conviction of the defendant, **ANGELIQUE MARIE ABBOTT**, for the offense charged in Counts 1 or 2 of this indictment, the United States is entitled to forfeiture of and the defendant, **ANGELIQUE MARIE ABBOTT**, shall forfeit to the United States any and all property used or intended to be used, in any manner or part, to commit and to facilitate the commission of said violation; pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
DANIEL LAWRENCE RASHBAUM
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| ANGELIQUE MARIE ABBOTT, | |
| **Defendant.** | **Superseding Case Information:** |
| _____/ | |

**Court Division:** (Select One)

__X__ Miami _____ Key West
_____ FTL _____ WPB _____ FTP

New Defendant(s)          Yes _____     No _____
Number of New Defendants
Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No)      No
   List language and/or dialect      _____

4. This case will take      3-5      days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   | I | 0 to 5 days | __X__ | | Petty | _____ |
   |---|---|---|---|---|---|
   | II | 6 to 10 days | _____ | | Minor | _____ |
   | III | 11 to 20 days | _____ | | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | | Felony | __X__ |
   | V | 61 days and over | _____ | | | |

6. Has this case been previously filed in this District Court? (Yes or No)      No
   If yes:
   Judge: _____      Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)      No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____      District of _____

   Is this a potential death penalty case? (Yes or No)      No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

_____
DANIEL L. RASHBAUM
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500952

\*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:**   ANGELIQUE MARIE ABBOTT

**Case No:**

Count #:1

Coercion and Enticement

Title 18, United States 2422(b)

**\*Max. Penalty:** Life Imprisonment (10 year mandatory minimum)

Count #: 2

Travel With Intent to Engage in Illicit Sexual Conduct

Title 18, United States Code, Section 2423(b)

**\*Max. Penalty:** 30 Years' Imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**