# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 17, 2009

United States District Court Clerk's Office
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue, 8th floor
Miami, FL 33128

FILED by _____ D.C.

MAR 2 3 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

RE: USA VS. ANGELIQUE MARIE ABBOTT
USDC SD/FL CASE NO. 1:09-CR-20120 DMM
USDC HI CASE NO. MAG 09-0150 KSC

Dear Clerk,

Enclosed, please find the following certified documents pursuant to Rule 5(c)(3) proceedings held in our district before Magistrate Judge Kevin S. C. Chang. These documents are also available electronically.

- Agent's Affidavit
- Motion to Detain Defendant Without Bail
- Minutes - Initial Appearance
- Waiver of Rule 5 & 5.1 Hearings
- Financial Affidavit
- Minutes - Detention Hearing
- Amended Minutes Re: Detention Hearing
- Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act
- Order Setting Conditions of Release
- Appearance Bond
- Order That Defendant Appear in District of Prosecution of District Having Probation Jurisdiction and Transferring Bail
- Docket Sheet

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely Yours,

SUE BEITIA, CLERK

By: /s/ Erin Taniguchi
Deputy Clerk

encl.
cc: US Attorneys Office, District of Hawaii (w/out encl.)
   Pretrial Services, District of Hawaii (w/out encl.)

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE'S NO. 09-0150 KSC |
| | ) | |
| Plaintiff, | ) | CASE NO. 09-20120 |
| | ) | |
| vs. | ) | FILED IN THE |
| | ) | UNITED STATES DISTRICT COURT |
| ANGELIQUE MARIE ABBOTT, | ) | DISTRICT OF HAWAII |
| | ) | FEB 25 2009 |
| Defendant. | ) | at___ o'clock and 25 ℓ___ min. ___ M. |
| | ) | SUE BEITIA, CLERK |

Before the Honorable <u>Kevin S.C. Chang</u>, U.S. Magistrate Judge, District of Hawaii, Honolulu, Hawaii.

The undersigned deponent being first duly sworn deposes and says:

That deponent is a <u>FBI Special Agent</u>; that deponent is informed and believes and, on the basis of such information and belief, alleges that on <u>February 6, 2009</u>, an Indictment was filed in the Southern District of Florida, and an arrest warrant issued, charging the above-named defendant, ANGELIQUE MARIE ABBOTT, with violating <u>18 U.S.C. §§ 2422(b) & 2423(b)</u> in that the defendant knowingly using a facility and means of interstate and foreign commerce, to attempt to persuade, induce and entice a person who had not attained the age of 18 years to engage in sexual activity, and traveling in interstate commerce for the purpose of engaging in illicit sexual conduct with another person.

That deponent is further informed that ___to be determined___ _____ (ordered/recommended) that the amount of bail be set in the sum of $_____.

SWORN TO BEFORE ME AND SUBSCRIBED
IN MY PRESENCE THIS _25_ DAY OF
_February_ 2009

UNITED STATES MAGISTRATE JUDGE

ATTEST· A True Copy
SUE BEITIA ·
Clerk, United States District
Court, District of Hawaii
By _____
Deput

EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

MARSHALL H. SILVBERG #5111
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Rm #6-100
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 24 2009

at __ o'clock and __ min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 09-0150 KSC |
| | ) | |
| Plaintiff, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL |
| vs. | ) | |
| | ) | |
| ANGELIQUE MARIE ABBOTT, | ) | |
| | ) | |
| Defendant. | ) | |

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                    Deputy

<u>MOTION TO DETAIN DEFENDANT WITHOUT BAIL</u>

The United States hereby moves to detain defendant

without bail, pursuant to 18 U.S.C. § 3142.

1.   <u>Eligibility of Case</u>.  This defendant is eligible

for detention because the case involves (check all that apply):

_____ a.   Offense committed on release pending
           felony trial (3142(d)(1)(A)(i))*

_____ b.   Offense committed on release pending
           imposition, execution, or appeal of
           sentence, conviction or completion of
           sentence (3142(d)(1)(A)(ii))*

_____ c.   Offense committed while on probation or
           parole (3142(d)(1)(A)(iii))*



_____ d.   A citizen of a foreign country or
           unlawfully admitted person
           (3142(d)(1)(B))*

_X__ e.   Crime of violence (3142(f)(1)(A))

_____ f.   Maximum sentence life imprisonment or
           death (3142(f)(1)(B))

_____ g.   10+ year drug offense (3142(f)(1)(C))

_____ h.   Felony, with two prior convictions in
           above categories (3142(f)(1)(D))

_X__ i.   Felony not otherwise a crime of violence
           involving a minor victim (3142(f)(1)(E))

_____ j.   Felony not otherwise a crime of violence
           involving the possession or use of a
           firearm, destructive device, or
           dangerous weapon (3142(f)(1)(E))

_____ k.   Felony not otherwise a crime of violence
           involving a failure to register under 18
           U.S.C. § 2250 (3142(f)(1)(E))

_X__ l.   Serious risk defendant will flee
           (3142(f)(2)(A))

_____ m.   Danger to other person or community **

_____ n.   Serious risk obstruction of justice
           (3142(f)(2)(B))

_____ o.   Serious risk threat, injury,
           intimidation of prospective witness or
           juror (3142(f)(2)(B))

*   requires "l" or "m" additionally

**  requires "a", "b", "c", or "d" additionally

2.   <u>Reason for Detention</u>.  The court should detain
defendant (check all that apply):

_X__ a.   Because there is no condition or
           combination of conditions of release
           which will reasonably assure defendant's
           appearance as required (3142(e))

    __X__ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    _____ c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3.    <u>Rebuttable Presumption</u>.  A rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of the community arises under Section 3142(e) because (check all that apply):

    _____ a.    Probable cause to believe defendant committed 10+ year drug offense

    _____ b.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    _____ c.    Probable cause to believe defendant committed an offense under 18 U.S.C. § 956(a) or 2332b

    _____ d.    Probable cause to believe defendant committed 10+ year offense listed in 18 U.S.C. § 2332b(g)(5)(B)

    __X__ e.    Probable cause to believe defendant committed an offense involving a minor victim listed in 18 U.S.C. § 3142(e)

    _____ f.    Previous conviction for eligible offense committed while on pretrial release

4.    <u>Time for Detention Hearing</u>.  The United States requests that the court conduct the detention hearing:

    _____ a.    At first appearance

    __X__ b.    After continuance of _3__ days (not more than 3)

3

     5.   <u>Out of District Rule 5 Cases</u>.   The United States requests that the detention hearing be held:

         <u>X</u>   a.   In the District of Hawaii

         ____   b.   In the District where charges were filed

     6.   <u>Other Matters</u>.

DATED: February 24, 2009, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

# MINUTES

| | |
|---|---|
| CASE NUMBER: | MAG09-0150KSC |
| CASE NAME: | USA v. Angelique Marie Abbott |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | Matthew Winter |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/25/2009 | TIME: | 9:54-9:59am |

COURT ACTION:  EP: Initial Appearance - defendant present, in custody.

Defendant sworn to the financial affidavit and request for court appointed attorney is granted.   Matthew Winter and the Office of the Federal Public Defender are appointed as counsel for defendant.

Arraignment waived, plea of Not Guilty entered as to the Indictment filed in the Southern District of Florida.

Waiver of Rule 5 & 5.1 Hearings signed and filed.  Court questions defendant and finds that defendant has knowingly and voluntarily waived her right to an Identity Hearing.

By agreement of counsel, Detention Hearing set for 2/27/09, 10:30am, Judge Chang.

Defendant remanded to the custody of the USMS

Submitted by: Shari Afuso, Courtroom Manager

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By_____
                                    Deputy

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2009

at _____ o'clock and _____ min. _____ M.
SUE BEITIA, CLERK

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ HAWAII _____

| UNITED STATES OF AMERICA | **WAIVER OF RULE 5 & 5.1 HEARINGS** |
| | (Complaint/Indictment) |
| v. | |
| | CASE NUMBER: ___ 09-0150 KSC ___ |
| ___ ANGELIQUE MARIE ABBOTT ___ | CHARGING DISTRICTS |
| Defendant | CASE NUMBER: ___ 09-20120 ___ |

I understand that charges are pending in the ___ Southern ___ District of ___ Florida ___

alleging violation of ___ 18 U.S.C. §§ 2422(b) & 2423(b) ___ and that I have been arrested in this district and
                          (Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine
       whether there is probable cause to believe an offense has been committed by me, the hearing to be held
       in this district or the district of prosecution; and

(4)    Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead
       guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X)    identity hearing

(  )   preliminary hearing

(  )   identity hearing but request a preliminary hearing be held in the proceeding district and, therefore,
       consent to the issuance of an order requiring my appearance in the proceeding district where the
       charges are pending against me.

_____
Defendant

_Feb. 25, 2009_
_____
Date

_____
Defense Counsel

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                                        Deputy

**CJA 23**
Rev. 5/98

# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
| --- | --- | --- | --- | --- |

IN THE CASE OF

| | FOR |
| --- | --- |
| _____ V.S. _____ | **DISTRICT OF HAWAII** |
| _____ | AT   ~~FILED IN THE~~   ~~S. STATES~~ **HONOLULU, HAWAII** |
| | ~~DISTRICT OF HAWAII~~ |

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name)

*Angelique Marie Abbott* ~~Weber~~

☐ Defendant—Adult   1
☐ Defendant - Juvenile   2
☐ Appellant   3
☐ Probation Violator   4
☐ Parole Violator   5

~~o'clock and~~
FEB 25 2009
SUE BEITIA, CLERK

DOCKET NUMBERS
Magistrate
*09 - 150 KSC*
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony   ☐ Misdemeanor

☐ Habeas Petitioner   6
☐ 2255 Petitioner   7
☐ Material Witness   8
☐ Other   9

*18 USC § 2422*

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

| ASSETS | EMPLOY-MENT | Are you now employed? ☑ Yes   ☐ No   ☐ Am Self-Employed |
| --- | --- | --- |

Name and address of employer: *Maui Police*

**IF YES, how much do you earn per month?** $ *2000*

**IF NO, give month and year of last employment** _____
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☑ No

**IF YES, how much does your Spouse earn per month?** $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No

| | RECEIVED | SOURCES |
| --- | --- | --- |
| **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** | $ _____ | _____ |

**CASH** — Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☑ No   IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☑ Yes   ☐ No

| | VALUE | DESCRIPTION |
| --- | --- | --- |
| **IF YES, GIVE THE VALUE AND DESCRIBE IT** | $ *5000* | *2003 Chevy S-10* |

## OBLIGATIONS & DEBTS

| DEPENDENTS | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
| --- | --- | --- | --- |
| | ☒ SINGLE | *0* | _____ |
| | ☐ MARRIED | | _____ |
| | ☐ WIDOWED | | _____ |
| | ☐ SEPARATED OR DIVORCED | | _____ |

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt |
| --- | --- | --- | --- |
| *Rent* | | $ _____ | $ *950* |
| *Credit Card* | | $ _____ | $ _____ |
| *Truck* | | $ *3000* | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) *Feb 25, 2009*

SIGNATURE OF DEFENDANT ▶
(OR PERSON REPRESENTED)   *[signature]*

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By *[signature]*
Deputy

# MINUTES

CASE NUMBER:   MAG09-0150KSC

CASE NAME:   USA v. Angelique Marie Abbott

ATTYS FOR PLA:   Marshall Silverberg

ATTYS FOR DEFT:   Matthew Winter

INTERPRETER:

| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
|---|---|---|---|
| DATE: | 2/27/2009 | TIME: | 10:33-10:41am |

COURT ACTION:   EP: Detention Hearing - defendant present, in custody.

The parties stipulate to the Pretrial Services recommendation.

Execute an unsecured bond in the amount of $50,000, co-signed by Jeff Churchill.

The defendant is placed in the Third Party Custodianship of: Jeff Churchill.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)   Do not apply for/obtain a passport.

(7h3)   Travel is restricted to: District of Hawaii and the Southern District of Florida (SD/FL) for court purposes only.  Any travel to or from the SD/FL for court purposes must be routed through Honolulu, Hawaii during a business day. Defendant to be escorted by the third party custodian to the SD/FL for her initial appearance on a date to be determined by the Court.

(7j)   Maintain residence with/at: Jeff Churchill.

(7m1)   Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7m2)   Contact is prohibited directly, indirectly, or through third parties with: victim.

ATTEST: A True Copy
SUE BEITIA
Clerk, United States Distr
Court, District of Hawaii
By
Dep

(7p2)  Comply with the Electronic Monitoring program under the direction of Pretrial Services.  You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction.  Pretrial Services has the discretion to temporarily suspend EM during approved travel between Hawaii and the SD/FL.

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8a)  You must comply with all applicable sex offender registration requirements

(8b)  You are strictly prohibited from having any direct or indirect contact - including but not limited to personal, verbal, telephone, written, electronic (internet or e-mail), or through third parties - with a person under the age of 18, without the knowledge of, presence, and supervision of an adult who has been pre-approved by Pretrial Services

(8j)  Do not use, possess or have access to, either in the home, workplace, or any other location, any computer, including but not limited to PCs or MACs, laptops, and handheld devices (Palm Pilots, pocket PCs).  Do not use, possess or have access to any device that allows internet access.

(8k)  Access to, and use of, the internet is strictly prohibited from any and all locations.

(8l)  On a random, as-needed, and requested basis, provide Pretrial Services with access to your residence, vehicle, and any and all computer equipment, including but not limited to hardware and software, for the purposes of ensuring compliance with pretrial release conditions that restrict access/use of the computer and/or internet.

(9a)  In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

(9b)  Submit to periodic polygraph examinations to verify compliance with the conditions of release.  The scope of the polygraph examinations will be limited to questions related to compliance with the conditions of pretrial release.  The polygraph examination shall not ask questions regarding the charged offense. Defendant must travel to Oahu at her own expense for any polygraph examination, as directed by Pretrial Services.

Other Conditions:    Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the USMS pending processing of paperwork.

Release is delayed pending the arrival of the third-party custodian who will execute the paperwork and escort the defendant back to Maui.

Submitted by: Shari Afuso, Courtroom Manager

# AMENDED MINUTES

CASE NUMBER:      MAG09-0150KSC

CASE NAME:        USA v. Angelique Marie Abbott

ATTYS FOR PLA:    Marshall Silverberg

ATTYS FOR DEFT:   Matthew Winter

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/27/2009 | TIME: | 10:33-10:41am |

COURT ACTION:  EP: Detention Hearing - defendant present, in custody.

The parties stipulate to the Pretrial Services recommendation. **Motion to Detain is denied.**

Execute an unsecured bond in the amount of $50,000, co-signed by Jeff Churchill.

The defendant is placed in the Third Party Custodianship of: Jeff Churchill.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h3)  Travel is restricted to: District of Hawaii and the Southern District of Florida (SD/FL) for court purposes only.  Any travel to or from the SD/FL for court purposes must be routed through Honolulu, Hawaii during a business day. Defendant to be escorted by the third party custodian to the SD/FL for her initial appearance on a date to be determined by the Court.

ATTEST: A True Copy
SUE BEITIA
Clerk, United States Dist
Court, District of Hawaii
By
                              De

(7j)   Maintain residence with/at: Jeff Churchill.

(7m1)  Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7m2) Contact is prohibited directly, indirectly, or through third parties with: victim.

(7p2) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction. Pretrial Services has the discretion to temporarily suspend EM during approved travel between Hawaii and the SD/FL.

(7s2) You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8a) You must comply with all applicable sex offender registration requirements

(8b) You are strictly prohibited from having any direct or indirect contact - including but not limited to personal, verbal, telephone, written, electronic (internet or e-mail), or through third parties - with a person under the age of 18, without the knowledge of, presence, and supervision of an adult who has been pre-approved by Pretrial Services

(8j) Do not use, possess or have access to, either in the home, workplace, or any other location, any computer, including but not limited to PCs or MACs, laptops, and handheld devices (Palm Pilots, pocket PCs). Do not use, possess or have access to any device that allows internet access.

(8k) Access to, and use of, the internet is strictly prohibited from any and all locations.

(8l) On a random, as-needed, and requested basis, provide Pretrial Services with access to your residence, vehicle, and any and all computer equipment, including but not limited to hardware and software, for the purposes of ensuring compliance with pretrial release conditions that restrict access/use of the computer and/or internet.

(9a) In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

(9b) Submit to periodic polygraph examinations to verify compliance with the conditions of release. The scope of the polygraph examinations will be limited to questions related to compliance with the conditions of pretrial release. The polygraph examination shall not ask questions regarding the charged offense. Defendant must travel to Oahu at her own expense for any polygraph examination, as directed by Pretrial Services.

Other Conditions:   Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the USMS pending processing of paperwork.

Release is delayed pending the arrival of the third-party custodian who will execute the paperwork and escort the defendant back to Maui.

Submitted by: Shari Afuso, Courtroom Manager

AO 70 (8/85) Order of Temporary Detention

FILED IN THE
~~UNITED STATES DISTRICT~~ COURT
DISTRICT OF HAWAII

# United States District Court
### District of Hawaii

FEB 2 7 2009

at __10__ o'clock and __00__ min. __A__ __M.
SUE BEITIA, CLERK

| | |
|---|---|
| *United States of America* | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| v. | |
| ANGELIQUE MARIE ABBOTT | Case No: ~~CR~~ *Mag* 09-0150KSC |

Upon motion of the _____*Jvt*_____, it is ORDERED that a detention hearing is set for ___2/27/09___ * at ___10:30 am___
                                                     Date                              Time

before Kevin S. C. Chang, United States Magistrate Judge at Honolulu, Hawaii. Pending this

hearing, the defendant shall be held in custody by the United States Marshal and produced for the

hearing.

Date: February 24, 2009

_____
Judicial Officer

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                              Deputy

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

ORIGINAL

IAO 199A (Rev. 3/87) Additional of Release

Page 1 of 5

Case Number: MAG 09-0150 KSC

UNITED STATES DISTRICT COURT
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2009

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

ORDER SETTING CONDITIONS
OF RELEASE

**ANGELIQUE MARIE ABBOTT**
Defendant

Case Number: **MAG 09-0150 KSC**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing <u>before</u> any change in address and telephone number.

(3) I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.

(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at U.S. Courthouse, 300 Ala Moana Blvd. C-338, Honolulu, HI on <u>As Directed</u>.

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
Deputy

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(✓) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of $50,000.00 <u>unsecured</u> in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

2AO 199A (Rev. 3/87) Additional of Release

Page 2 of 5
Case Number: MAG 09-0150 KSC

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, and upon further finding that the identified individualized risk factors and the totality of the circumstances give rise to a special need to impose additional restrictions in order to reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(✓) (6)  The defendant is placed in the custody of:
    (Name of person or organization)        JEFF CHURCHILL
    (City and State)                        HANA, HI 96713
who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                                    Custodian or Proxy

The defendant shall:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h3)  Travel is restricted to: **District of Hawaii and the Southern District of Florida (SD/FL) for court purposes only. Any travel to or from the SD/FL for court purposes must be routed through Honolulu, Hawaii during a business day.  Defendant to be escorted by the third party custodian to the SD/FL for her initial appearance on a date to be determined by the Court.**

(7j)   Maintain residence with/at: **Jeff Churchill** .

(7m1)  Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

(7m2)  Contact is prohibited directly, indirectly, or through third parties with: **Victim.**.

(7p2)  Comply with the Electronic Monitoring program under the direction of Pretrial Services.  You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction. **Pretrial Services has the discretion to temporarily suspend EM during approved travel between Hawaii and the SD/FL.**

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8a)   You must comply with all applicable sex offender registration requirements

3AO 199A (Rev. 3/87) Additional of Release                                                              Page 3 of 5
                                                                          Case Number: MAG 09-0150 KSC

(8b)    You are strictly prohibited from having any direct or indirect contact - including but not limited to personal, verbal, telephone, written, electronic (internet or e-mail), or through third parties - with a person under the age of 18, without the knowledge of, presence, and supervision of an adult who has been pre-approved by Pretrial Services

(8j)    Do not use, possess or have access to, either in the home, workplace, or any other location, any computer, including but not limited to PCs or MACs, laptops, and handheld devices (Palm Pilots, pocket PCs).  Do not use, possess or have access to any device that allows internet access.

(8k)    Access to, and use of, the internet is strictly prohibited from any and all locations.

(8l)    On a random, as-needed, and requested basis, provide Pretrial Services with access to your residence, vehicle, and any and all computer equipment, including but not limited to hardware and software, for the purposes of ensuring compliance with pretrial release conditions that restrict access/use of the computer and/or internet.

(9a)    In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

(9b)    Submit to periodic polygraph examinations to verify compliance with the conditions of release.  The scope of the polygraph examinations will be limited to questions related to compliance with the conditions of pretrial release.  The polygraph examination shall not ask questions regarding the charged offense.  **Defendant must travel to Oahu at her own expense for any polygraph examination, as directed by Pretrial Services.**


Release is delayed until:        **Release is delayed pending the arrival of the third-party custodian who will execute the paperwork and escort the defendant back to Maui.**

4AO 199A (Rev. 3/87) Advice of Penalties and Sanctions _____ Page 4 of 5

Case Number: MAG 09-0150 KSC

## Advice of Penalties and Sanctions

## TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;(2)an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
City & State

## Directions to United States Marshal

(√)    The defendant is ORDERED released after processing.

( )    The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:    MAR 0 2 2009    _____

_____
Signature of Judicial Officer

_____
Kevin S. C. Chang
Name and Title of Judicial Officer

AO 467 (Rev. 9/03) Order for Defendant to Appear

ORIGINAL

**FILED IN THE**
**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT

MAR 1 6 2009

DISTRICT OF ___ HAWAII

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

ANGELIQUE MARIE ABBOTT

**ORDER THAT DEFENDANT APPEAR IN
DISTRICT OF PROSECUTION OR DISTRICT
HAVING PROBATION JURISDICTION AND
TRANSFERRING BAIL**

CASE NUMBER:   09-0150 KSC

CHARGING DISTRICTS
CASE NUMBER:   09-20120

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

___ SOUTHERN ___ District of ___ FLORIDA ___ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the _____

_Place and Address_

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)
_400 North Miami Avenue, Miami_ on ___ March 25, 2009 at 1:30 p.m. ___
_Florida  33128-1807_                _Date and Time_

ATTEST· A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                    Deputy

_Signature of Judge_

FEB 2 7 2009

_____
_Date_

KEVIN S.C. CHANG, U.S. MAGISTRATE JUDGE
_Name and Title of Judge_

CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:09-mj-00150-KSC All Defendants
## Internal Use Only

Case title: USA v. Abbott

Date Filed: 02/25/2009
Date Terminated: 03/16/2009

Assigned to: JUDGE KEVIN S.C. CHANG

**Defendant (1)**

**Angelique Marie Abbott**
*TERMINATED: 03/16/2009*

represented by **Matthew C. Winter**
Office of the Federal Public Defender
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu , HI 96850
541-2521
Fax: 541-3545
Email: matthew_winter@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

ATTEST: A Tru... ...
SUE BEITIA
Clerk, United S... ...
Court, District ... ...
By_____ Deputy

**Complaints**

18:2422.F - COERCION OR
ENTICEMENT OF FEMALE;
18:2422(b) & 2423(b)

**Disposition**

**Plaintiff**

**USA**

represented by **Marshall H Silverberg**
Office of the United States Attorney
300 Ala Moana Blvd Ste 6100
Honolulu , HI 96850
541-2850
Email: marshall.silverberg@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/24/2009 | 2 | MOTION to Detain Defendant Without Bail - by USA as to Angelique Marie Abbott. (emt, ) (Entered: 02/25/2009) |
| 02/25/2009 | 1 | AGENT'S AFFIDAVIT as to Angelique Marie Abbott (1) - signed by Magistrate Judge KEVIN S. C. CHANG on 2/25/09. (emt, ) (Entered: 02/25/2009) |
| 02/25/2009 | 3 | EP : Initial Appearance - defendant present, in custody. Defendant sworn to the financial affidavit and request for court appointed attorney is granted. Matthew Winter and the Office of the Federal Public Defender are appointed as counsel for defendant. Arraignment waived, plea of Not Guilty entered as to the Indictment filed in the Southern District of Florida. Waiver of Rule 5 & 5.1 Hearings signed and filed. Court questions defendant and finds that defendant has knowingly and voluntarily waived her right to an Identity Hearing. By agreement of counsel, Detention Hearing set for 2/27/09, 10:30am, Judge Chang. Defendant remanded to the custody of the USMS. (Initial Appearance in Rule 5(c)(3) Proceedings as to Angelique Marie Abbott held on 2/25/2009. ***Procedural Interval (P1) start as to Angelique Marie Abbott, Added attorney Matthew C. Winter for Angelique Marie Abbott. Detention Hearing set for 2/27/2009 10:30 AM before JUDGE KEVIN S.C. CHANG. ***Location start (LC) as to Angelique Marie Abbott.) (FTR-Ctrm 5/9:54-9:59 AM.) (JUDGE KEVIN S.C. CHANG)(emt, ) <br><br> **No COS issued for this docket entry** <br><br> (Entered: 02/25/2009) |
| 02/25/2009 | 7 | WAIVER OF RULE 5 & 5.1 HEARINGS - by Angelique Marie Abbott. (emt, ) (Entered: 03/03/2009) |

| 02/25/2009 | 8 | CJA 23 Financial Affidavit - by Angelique Marie Abbott (emt, ) (Entered: 03/03/2009) |
|---|---|---|
| 02/27/2009 | 4 | EP : Detention Hearing as to Angelique Marie Abbott held on 2/27/2009. Defendant present, in custody. The parties stipulate to the Pretrial Services recommendation. Bond set as to Angelique Marie Abbott (1) $50,000.00 unsecured co-signed by Jeff Churchill. Defendant is placed in the Third-Party Custodianship of: Jeff Churchill. **Release is delayed pending the arrival of the third-party custodian who will execute the paperwork and escort the defendant back to Maui.** Defendant remanded to the custody of the USMS pending processing of paperwork. (FTR-Ctrm 5/10:33-10:41 AM.) (JUDGE KEVIN S.C. CHANG)(emt, )<br><br>**No COS issued for this docket entry**<br><br>(Entered: 02/27/2009) |
| 02/27/2009 | | (Court only) ***Motion terminated as to Angelique Marie Abbott: 2 MOTION to Detain filed by USA. (emt, ) (Entered: 02/27/2009) |
| 02/27/2009 | 5 | EP : AMENDED MINUTES re 4 Detention Hearing held on 2/27/2009 as to Angelique Marie Abbott. Defendant present, in custody. **Motion to Detain is denied.** (JUDGE KEVIN S.C. CHANG)(emt, )<br><br>**CERTIFICATE OF SERVICE**<br>**Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry**<br><br>(Entered: 02/27/2009) |
| 02/27/2009 | 6 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to Angelique Marie Abbott - Signed by JUDGE KEVIN S.C. CHANG on 2/24/09. *(Detention hearing set for 2/27/09 at 10:30 AM)* (emt, ) (Entered: 02/27/2009) |
| 02/27/2009 | | (Court only) ***Location (LR) start as to Angelique Marie Abbott (emt, ) (Entered: 03/03/2009) |
| 03/03/2009 | 9 | ORDER SETTING CONDITIONS OF RELEASE as to Angelique Marie Abbott - signed by Judge JUDGE KEVIN S.C. CHANG (emt, ) (Entered: 03/03/2009) |
| 03/03/2009 | 10 | APPEARANCE BOND as to Angelique Marie Abbott - signed by JUDGE KEVIN S. C. CHANG. (emt, ) (Entered: 03/03/2009) |
| 03/16/2009 | 11 | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL as to Angelique Marie Abbott - Signed by JUDGE KEVIN S.C. CHANG on 2/27/09. (It is ordered that defendant be held to answer in the United States District Court for the Southern District of Florida; the Clerk of Court |

| | | shall transfer the bail.) (emt, ) (Entered: 03/17/2009) |
|------------|---|---|
| 03/16/2009 | | (Court only) ***Defendant Termed, ***Set/Clear Flags as to Angelique Marie Abbott - CLOSED (emt, ) (Entered: 03/17/2009) |
| 03/17/2009 | 12 | Letter to Southern District of Florida re: Rule 5 transfer documents for Angelique Marie Abbott, dated March 17, 2009. (emt, ) (Entered: 03/17/2009) |

# ORIGINAL

AO 98 (Rev. 8/85) Appearance Bond

## UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

District of Hawaii

MAR 03 2009

UNITED STATES OF AMERICA

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

V.

**APPEARANCE BOND**

**ANGELIQUE MARIE ABBOTT**
Defendant

Case Number: **MAG 09-0150 KSC**

Non-surety:   I, the undersigned defendant acknowledge that I and my ...
Surety:     We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
**$50,000.00 unsecured, co-signed by Jeff Churchill (father)** and there has been deposited in the Registry of
the Court the sum of $ in cash or  (describe other security).

The conditions of this bond are that the defendant **ANGELIQUE MARIE ABBOTT** is to appear before
this court and at such other places as the defendant may be required to appear, in accordance with any and all
orders and directions relating to the defendant's appearance in this case, including appearance for violations of a
condition of defendant's release as may be ordered or notified by this court or any other United States District
Court to which the defendant may be held to answer or the cause transferred.  The defendant is to abide by any
judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or
direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review)
which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing
conditions of this bond, then this bond is to be void. If, however, the defendant fails to appear, fails to obey the
conditions of release, or fails to otherwise obey the conditions of this bond, payment of the amount of this bond
shall be due forthwith.  Forfeiture of this bond for any breach of its conditions may be declared by any United
States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is
forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United
States District Court against each debtor jointly and severally for the amount above stated together with interest
and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal
Procedure and any other laws of the United States.

This bond is signed on February 27, 2009 at Honolulu, Hawaii.

| | | | |
|---|---|---|---|
| Defendant _____ | City HANA | St HI |
| Surety ANGELIQUE MARIE ABBOTT | City HANA | St HI |
| Surety JEFF CHURCHILL | City | St |

Signed and acknowledged before me on February 27, 2009.

Deputy Clerk

Approved: _____
Kevin S. C. Chang

ATTEST· A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
                        Deputy